## FREYER v. STATE.
### No. 19919.

Court of Criminal Appeals of Texas.

June 8, 1938.

Francis M. Chaney, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for a period of eight years.

The indictment appears regular. The evidence adduced upon the trial is not brought up for review. No complaints of the rulings of the court have been presented by bills of exception.

No error having been perceived, the judgment is affirmed.